868

No. 218, Misc. THORNSBERRY *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 220, Misc. BAILEY *v.* YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN ATLANTA, INC. Ct. App. Ga. Certiorari denied. *G. Seals Aiken* for petitioner. *Harry L. Greene* for respondent.

No. 221, Misc. DAVIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Marshall* for the United States.

No. 222, Misc. WILLIAMS *v.* FIELD. C. A. 9th Cir. Certiorari denied.

No. 227, Misc. BATES *v.* VETERANS ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 228, Misc. SCHAWARTZBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 229, Misc. BROWN *v.* BROWN, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 232, Misc. JONES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 234, Misc. JONES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.